**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 24-6481**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

TROYVON DEVONTAE CARROLL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Dever III, District Judge.  (5:19-cr-00493-D-1)

Submitted:  May 29, 2025                                    Decided:  June 3, 2025

Before AGEE, THACKER, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Troyvon Devontae Carroll, Appellant Pro Se.  David A. Bragdon, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Troyvon Devontae Carroll appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) motions for reduction of sentence. After reviewing the record, we conclude that the district court did not abuse its discretion in denying Carroll's motions. *See United States v. Spruhan*, 989 F.3d 266, 269 (4th Cir. 2021) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Carroll*, No. 5:19-cr-00493-D-1 (E.D.N.C. May 7, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*